```
Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542
Attorney for Plaintiff,
April Kee
```

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL KEE, | CASE NO. C09-01134 PJH |
| Plaintiff, | STIPULATION AND ORDER (P~~ROPOSED~~) TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. _____/ | |

Plaintiff, April Kee, and defendant, UNUM Life Insurance Company Of America, by and through their attorneys, hereby stipulate and agree, and request that the Court issue an Order, as follows:

1. The parties respectfully request that the Court vacate the currently scheduled Case Management Conference set for June 25, 2009, due to plaintiff's counsel being set for Hearing that day in District Court in Denver. This is an ERISA case, and plaintiff has not requested any previous continuance in this case.

2.  The parties respectfully request that the Court continue the Case Management Conference to the first convenient date after June 25, 2009.

IT IS SO AGREED AND STIPULATED.

Dated April 23, 2009

Law Office of P. Randall Noah

By: /s/ P. Randall Noah

P. Randall Noah, Attorney for Plaintiff, Ann Edwards

Dated April 23, 2009

Rimac & Martin

By: /s/ Anna M. Martin

Anna M. Martin

Anna Martin, Attorneys for Defendant Unum Life Insurance Company Of America

The Case Management Conference date, June 25, 2009, is vacated and continued to __July 2__, 2009, at __2:30 p.m.__.

IT IS SO ORDERED.

DATED: __April 28, 2009__

_____
United States District Judge



2.