**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
amartin@rimacmartin.com
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**LAW OFFICE OF P. RANDALL NOAH**
P. RANDALL NOAH - State Bar No. 136452
pnoah@ix.netcom.com
2 Theatre Square, Suite 234
Orinda, CA 94563
Telephone (925) 253-5540
Facsimile (925) 253-5542

Attorney for Plaintiff
APRIL KEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-FILING

| | |
|---|---|
| APRIL KEE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | CASE NO.  C 09-01134 PJH<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the plaintiff APRIL KEE and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, through their respective counsel of record, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The parties shall bear their own respective costs of suit.

---

1  Pursuant to local rules, this document is being electronically filed through the Court's
2  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
3  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
4  concurred with the filing of this document; and (3) a record supporting this concurrence is
5  available for inspection or production if so ordered.

6  **SO STIPULATED.**

7  Respectfully submitted,

8  **LAW OFFICES OF P. RANDALL NOAH**

10  DATED: August 20, 2009        By:    /s/ **P. RANDALL NOAH**
                                          P. RANDALL NOAH
11                                        Attorneys for Plaintiff
                                          APRIL KEE

13
                                          RIMAC MARTIN, P.C.
14

16  DATED: August 20, 2009        By:    /s/ **WILLIAM REILLY**
                                          WILLIAM REILLY
17                                        Attorneys for Defendant
                                          UNUM LIFE INSURANCE COMPANY OF
                                          AMERICA

19                                        **ORDER**

20  IT IS SO ORDERED.

                                          IT IS SO ORDERED
                                          Judge Phyllis J. Hamilton

22  DATED: __August 21, 2009__
                                          _____
23                                        PHYLLIS J. HAMILTON
                                          Federal Judge, U.S. District Court

---

-2-

STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ORDER                                  CASE NO. **C 09-01134 PJH**